August 11, 2015

Twelfth Court of Appeals
1517 West Front Street, Ste. 354
Tyler, Texas  75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 11 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: NO. 12-14-00332-CV
    Robert C. Morris vs. Sherri Milligan, Et Al.
    T/C No. 349-6270

Dear Court Clerk,

Please find enclosed my Appellant's Motion to Strike Appellee's Brief to be filed and submitted to the Court for consideration and ruling in the above styled numbered cause.

On this date, a true and correct copy has been served upon the Appellee's counsel.

Please notify me of the Court's decision regarding this matter. Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed. I await  the Court's action.

Sincerely,

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas  79331

enclosure(s): 1 (2 pgs.)

cc: file
    Vericonica Chidester, A.A.G.

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS                          §

VS                                        §        NO. 12-14-00332-CV

SHERRI MILLIGAN, ET AL                    §

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 14 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

APPELLANT'S MOTION TO STRIKE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Robert C. Morris, Appellant Pro Se, in the above styled numbered cause, and respectfully files this his Motion to Strike Appellee's Brief in this cause. Appellant shows cause in support of striking the Appellee's Brief and finding the Appellee's waived any argument to issues raised by Appellant.

I.

The Appellant filed his appeal brief of April 20, 2015, making the Appellee's brief due within 30 days. However, the Appellee's did not file a brief nor ask for extension of time until it was brought to their attention by Appellant inquiring with the Court regarding whether the Appellee's filed a brief or extension motion.

The Appellee's did file a motion for extension on June 29, 2015, some 30 days after filing deadline. The Court granted extension until July 29, 2015, as requested by Appellee's counsel.

As of this date of this filing, Appellant has not received or been notified by the Court that Appellee's filed an appellate brief in this cause.

Therefore, Appellant seeks to strike andy late filed brief of the Appellee's for failure to comply with filing deadline and service of brief, if filed already.

Court of Appeals would not consider late-filed brief, absent reasonable explanation for untimely filing of brief. **SPRING v BOLLEN**, 928 S.W.2d 780 (Tex.App.-Waco 1996). The reasons supplied in the Appellee's motion for extension of time are not reasonable and do not warrant further extension or late-filing of brief. The Appellee's had plenty of time to file brief and disorganization in office is not a reasonable excuse.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, the Appellant Robert C. Morris, prays this Honorable Court grants this motion and strikes and/or denies filing of Appellee's brief in this cause for non-timely filing and service.

Respectfully Submitted,

DATED: August 11, 2015

Robert C. Morris
Appellant Pro Se
TDCJ-Id # 1311083
Smith Unit • 1313 CR 19
Lamesa, Texas 79331

## CERTIFICATE OF SERVICE

I, Robert C. Morris, declare under penalty of perjury, that the foregoing motion is true and correct, and further certify that a true and correct to Appellee's counsel, Veronica L. Chidester, Asst. Attorney General, Po Box 12548, Austin, Texas 78711-2548 by placing in the Smith Unit/TDCJ Prison Legal Mail System on this the 11th day of August, 2015.

Robert C. Morris
Appellant Pro Se
TDCJ-Id # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas 79331